

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:   18-20473

DEBTOR(S):
DAVID A COLLINS
ELIZABETH E COLLINS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 6 IN THE AMOUNT OF $692.89

CREDITOR'S SIGNATURE:

*/s/ Korinny Sanchez*

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of North Star Capital Acquisition LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:
8/5/2022