## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-20473-GLT |
| | : | |
| **DAVID A. COLLINS AND** | : | **CHAPTER 13** |
| **ELIZABETH E. COLLINS,** | : | |
| DEBTORS | : | |
| | : | RELATED TO DOCUMENT NO. 66 |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| MOVANTS | : | HEARING DATE & TIME: |
| | : | **April 5, 2023 @ 10:00 a.m.** |
| vs. | : | |
| | : | |
| **DAVID A. COLLINS AND** | : | |
| **ELIZABETH E. COLLINS,** | : | |
| RESPONDENTS | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm McElrath Legal Holdings LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Response To The Motion To Dismiss with attached proposed order of court, and the Notice of Hearing filed herewith upon the attached Matrix via United States First Class Mail[*].

EXECUTED ON: March 9, 2023

                                            By: /s/ Paul W. McElrath Jr.
                                            Paul W. McElrath Jr.
                                            McElrath Legal Holdings LLC
                                            1641 Saw Mill Run Boulevard
                                            Pittsburgh, PA 15210
                                            (412)765-3606

MATRIX

David A. Collins
Elizabeth E. Collins
489 West Roy Furman Highway
Wind Ridge, PA 15380

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Amer Honda
1030 Cambridge Squ
Alpharetta, GA 30201

Capital One
Pob 30281
Salt Lake City, UT 84130

Collection Service Cen
Po Box 14931
Pittsburgh, PA 15234

Collection Service Cen
839 5th Ave
New Kensington, PA 15068

Credit Coll/Usa
16 Distributor Dr Ste 1
Morgantown, WV 26501

Debt Collections Partn
1109 Van Voorhis Rd Ste
Morgantown, WV 26505

EMS Southwest
590 Rolling Meadows Rd
Waynesburg, PA 15370

Phelan Hallinan Diamond & Jones LLP.
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Pnc Mortgage
Po Box 8703
Dayton, OH 45401

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117

Tsi/909
Po Box 17205
Wilmington, DE 19850

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

West Penn Power
Summit Park Dr
Pittsburgh, PA 15205

West Penn Power
1310 Fairmont Avenue
Fairmont, WV 26554