**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David A. Collins<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2008<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elizabeth E. Collins<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7234<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–20473–GLT

## Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David A. Collins                                    Elizabeth E. Collins

<u>8/14/23</u>                                        **By the court:** <u>Gregory L Taddonio</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:            Case No. 18-20473-GLT
David A. Collins            Chapter 13
Elizabeth E. Collins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: auto          Page 1 of 3
Date Rcvd: Aug 14, 2023          Form ID: 3180W          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Collins, Elizabeth E. Collins, 489 West Roy Furman Highway, Wind Ridge, PA 15380-1114 |
| 14771712 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Cen, Po Box 14931, Pittsburgh, PA 15234 |
| 14771717 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14771721 | + | Tsi/909, Po Box 17205, Wilmington, DE 19850-7205 |
| 14771723 | | West Penn Power, Summit Park Dr, Pittsburgh, PA 15205 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:40:28 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14771710 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 14 2023 23:46:00 | Amer Honda, 1030 Cambridge Squ, Alpharetta, GA 30009-1892 |
| 14771711 | + | EDI: CAPITALONE.COM | Aug 15 2023 03:27:00 | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 14771713 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14771714 | + | EDI: CCUSA.COM | Aug 15 2023 03:27:00 | Credit Coll/Usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14771716 | + | Email/Text: info@emssouthwestinc.com | Aug 14 2023 23:46:00 | EMS Southwest, 590 Rolling Meadows Rd, Waynesburg, PA 15370-2510 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14814826 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:50:52 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816405 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC BANK, NATIONAL ASSOCIATION, ATTN.: BANKRUPTCY DEPARTMENT, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14771718 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14771719 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14771720 | + | EDI: CITICORP.COM | Aug 15 2023 03:27:00 | Sears/Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14771722 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14800325 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14771724 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, NA |
| cr | | PNC Bank, National Association |
| 14786116 | *+ | Amer Honda, 1030 Cambridge Squ, Alpharetta, GA 30009-1892 |
| 14786118 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Collection Service Cen, Po Box 14931, Pittsburgh, PA 15234 |
| 14786117 | *+ | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 14786119 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14786120 | *+ | Credit Coll/Usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14786121 | *+ | Debt Collections Partn, 1109 Van Voorhis Rd Ste, Morgantown, WV 26505-3462 |
| 14786122 | *+ | EMS Southwest, 590 Rolling Meadows Rd, Waynesburg, PA 15370-2510 |
| 14786124 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14786125 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14786123 | *+ | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14786126 | *+ | Sears/Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14786127 | *+ | Tsi/909, Po Box 17205, Wilmington, DE 19850-7205 |
| 14786128 | * | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14786129 | * | West Penn Power, Summit Park Dr, Pittsburgh, PA 15205 |
| 14786130 | *+ | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14771715 | ##+ | Debt Collections Partn, 1109 Van Voorhis Rd Ste, Morgantown, WV 26505-3462 |

TOTAL: 2 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 21 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor PNC Bank National Association jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor PNC Bank NA jblank@pincuslaw.com, brausch@pincuslaw.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Elizabeth E. Collins ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor David A. Collins ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC Bank NA pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |

TOTAL: 10