IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/14/23 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DAVID A. COLLINS
ELIZABETH E. COLLINS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20473

Chapter 13

Related to Dkt. No. 85

## ORDER OF COURT

AND NOW, this 14th day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____ jah
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20473-GLT |
| David A. Collins | Chapter 13 |
| Elizabeth E. Collins | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Collins, Elizabeth E. Collins, 489 West Roy Furman Highway, Wind Ridge, PA 15380-1114 |
| 14771712 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Cen, Po Box 14931, Pittsburgh, PA 15234 |
| 14771717 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14771721 | + | Tsi/909, Po Box 17205, Wilmington, DE 19850-7205 |
| 14771723 | | West Penn Power, Summit Park Dr, Pittsburgh, PA 15205 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:39:30 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14771710 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 14 2023 23:46:00 | Amer Honda, 1030 Cambridge Squ, Alpharetta, GA 30009-1892 |
| 14771711 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 23:39:09 | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 14771713 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2023 23:46:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14771714 | + | Email/Text: ccusa@ccuhome.com | Aug 14 2023 23:44:00 | Credit Coll/Usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14771716 | + | Email/Text: info@emssouthwestinc.com | Aug 14 2023 23:46:00 | EMS Southwest, 590 Rolling Meadows Rd, Waynesburg, PA 15370-2510 |
| 14814826 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:40:27 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14816405 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC BANK, NATIONAL ASSOCIATION, ATTN.: BANKRUPTCY DEPARTMENT, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14771718 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14771719 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2023 23:44:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14771720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 23:39:13 | Sears/Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |

Case 18-20473-GLT   Doc 94   Filed 08/16/23   Entered 08/17/23 00:29:20   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| 14771722 | | Email/Text: bankruptcy@firstenergycorp.com | | | |
|---|---|---|---|---|---|
| | | | Aug 14 2023 23:46:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 | |
| 14800325 | + | Email/Text: bankruptcy@firstenergycorp.com | | | |
| | | | Aug 14 2023 23:46:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 | |
| 14771724 | + | Email/Text: bankruptcy@firstenergycorp.com | | | |
| | | | Aug 14 2023 23:46:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 | |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, NA |
| cr | | PNC Bank, National Association |
| 14786116 | *+ | Amer Honda, 1030 Cambridge Squ, Alpharetta, GA 30009-1892 |
| 14786118 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Collection Service Cen, Po Box 14931, Pittsburgh, PA 15234 |
| 14786117 | *+ | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 14786119 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14786120 | *+ | Credit Coll/Usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14786121 | *+ | Debt Collections Partn, 1109 Van Voorhis Rd Ste, Morgantown, WV 26505-3462 |
| 14786122 | *+ | EMS Southwest, 590 Rolling Meadows Rd, Waynesburg, PA 15370-2510 |
| 14786124 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14786125 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14786123 | *+ | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14786126 | *+ | Sears/Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14786127 | *+ | Tsi/909, Po Box 17205, Wilmington, DE 19850-7205 |
| 14786128 | * | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14786129 | * | West Penn Power, Summit Park Dr, Pittsburgh, PA 15205 |
| 14786130 | *+ | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14771715 | ##+ | Debt Collections Partn, 1109 Van Voorhis Rd Ste, Morgantown, WV 26505-3462 |

TOTAL: 2 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023                               Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 19 |

James A. Prostko
          on behalf of Creditor PNC Bank  National Association jprostko@c-vlaw.com, jamesprostko@gmail.com

Jerome B. Blank
          on behalf of Creditor PNC Bank  NA jblank@pincuslaw.com, brausch@pincuslaw.com

Maria Miksich
          on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
          on behalf of Joint Debtor Elizabeth E. Collins ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
          on behalf of Debtor David A. Collins ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

Thomas Song
          on behalf of Creditor PNC Bank  NA pawb@fedphe.com

Thomas Song
          on behalf of Creditor PNC Bank  National Association pawb@fedphe.com

TOTAL: 10